FILED

14 MAY 15 PM 2:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: KCM   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 78CR0522-BEN |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) | |
| SERGIO LUIS NAVARRO, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 5/14/14.

HONORABLE ROGER T. BENITEZ
United States District Judge